UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAURA BREINGAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    1:10-cv-00092-JAW ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) ) |

**ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on January 17, 2011 his Recommended Decision (Docket # 16). The Plaintiff filed her objections to the Recommended Decision on February 1, 2011 (Docket # 17) and the Defendant filed his response to those objections on February 18, 2011 (Docket # 18). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

      <u>/s/ John A. Woodcock, Jr.</u>
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2011